1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DONALD R. BARNES,                        CASE NO. 1:12-cv–00834-AWI-BAM PC

10             Plaintiff,                    FINDINGS AND RECOMMENDATION TO
                                            DISMISS CASE FOR FAILURE TO OBEY A
11     v.                                    COURT ORDER

12  S. GREAGER.,                            OBJECTIONS DUE WITHIN FIFTEEN DAYS

13             Defendant.
   _____/
14

15     Plaintiff Donald R. Barnes is a state prisoner proceeding pro se in this civil rights action

16  pursuant to 42 U.S.C. § 1983.  On May 24, 2012, the Court issued an order for Plaintiff to submit

17  an application to proceed in forma pauperis or pay the filing fee, within forty-five (45) days.  The

18  forty-five (45) day period has now expired, and Plaintiff has not filed an application to proceed in

19  forma pauperis, paid the filing fee, or otherwise responded to the Court's order.

20     A civil action may not proceed absent the submission of either the filing fee or an application

21  to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915.  Because Plaintiff has submitted neither and

22  has not responded to the Court's order to do so, dismissal of this action is appropriate.  In re

23  Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006);

24  Local Rule 110.

25     Accordingly, it is HEREBY RECOMMENDED that this action be dismissed, without

26  prejudice, for Plaintiff's failure to comply with a court order.

27     These findings and recommendations will be submitted to the United States District Judge

28  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fifteen (15)

1

1   days after being served with these findings and recommendations, Plaintiff may file written

2   objections with the Court.  The document should be captioned "Objections to Magistrate Judge's

3   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

4   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d

5   1153 (9th Cir. 1991).

6          IT IS SO ORDERED.

7   **Dated:**    **July 23, 2012**             **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28