1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   DONALD R. BARNES, | )   Case No.: 1:12-cv-00834-AWI-BAM PC |
| | ) |
| 12                    Plaintiff, | ) |
| | )   FINDINGS AND RECOMMENDATIONS |
| 13          v. | )   REGARDING DISMISSAL OF ACTION FOR |
| | )   FAILURE TO STATE A CLAIM |
| 14   S. GREAGER, | ) |
| | )   TWENTY-ONE DAY DEADLINE |
| 15                    Defendant. | ) |
| | ) |
| 16 _____ | ) |

17          Plaintiff Donald R. Barnes ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on May 22,

19   2012.  On September 11, 2013, the Court dismissed Plaintiff's complaint for failure to state a claim

20   with leave to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).

21   Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, the

22   action would be dismissed for failure to state a claim.  More than thirty days have passed and Plaintiff

23   has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on

24   file which sets forth any claims upon which relief may be granted.

25          Accordingly, pursuant to 28 U.S.C.§1915A and 28 U.S.C.§ 1915(e), it is HEREBY

26   RECOMMENDED that this action be dismissed based on Plaintiff's failure to state any claims upon

27   which relief may be granted.

28   ///

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C.§ 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 23, 2013**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE